IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LIZ SMITH,                             *
                                       *
       Plaintiff,                      *
                                       *
       v.                              *        CV 621-081
                                       *
LANIER COLLECTION AGENCY AND           *
SERVICE, INC.,                         *
                                       *
       Defendant.                      *

_____

O R D E R

_____

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 15.) Both Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this _17th_ day of May, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA